UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN FARROW,<br><br>                             Plaintiff,<br><br>              -against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al.,<br><br>                           Defendants. | 22-CV-7248 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 2, 2022, Plaintiff filed a motion requesting preliminary injunctive relief and a supporting declaration in *Farrow v. Cordez*, No. 22-CV-5952 (LTS). That same day, the Court issued an order directing the Clerk of Court refile the motion in this action, which was being transferred to the United States District Court for the Northern District of New York, for consideration by the transferee court. *See* ECF 1:22-CV-5952, 19. As this action and Plaintiff's motion have now been transferred to the Northern District of New York, the Court directs the Clerk of Court to terminate the motion and all other pending matters in this case without prejudice.

## CONCLUSION

The Court directs the Clerk of Court to terminate Plaintiff's motion for a preliminary injunction (ECF 3) and all other pending matters in this action without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 14, 2022
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge